# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Jay Harris, Harris Hospice, Inc.<br><br>Plaintiffs<br><br>v.<br><br>TLS Management and Marketing Services, LLC<br><br>Defendant | Civil No. 18-1320 (RAM) |

## Joint Motion for Voluntary Dismissal With Prejudice

Jay Harris, Harris Hospice, Inc., ("Harris") and TLS Management and Marketing Services, LLC ("TLS" and collectively, the "Parties"), inform the court they have reached a settlement agreement and jointly request a voluntary dismissal of the complaint and counterclaim with prejudice. In light of this agreement, each party shall bear its own costs and attorneys' fees.

Accordingly, the Parties respectfully request the Honorable Court to enter judgment dismissing the claims with prejudice.

Respectfully submitted in San Juan, Puerto Rico, on June 26, 2020.

We certify that today we filed this document using the CM/ECF system, which will automatically send a copy to all counsel of record.

| | |
|---|---|
| S/ LYDIA M. RAMOS CRUZ<br>LYDIA M. RAMOS CRUZ<br>USDC/PR 214104<br>1509 López Landrón<br>American Airlines Bldg, PH<br>San Juan, Puerto Rico 00911<br>Tel: (787) 508-2525<br>E-mail: lramos@rccrlegal.com | M \| P \| M   MARINI PIETRANTONI MUÑIZ LLC<br>255 Ponce de León Ave., Suite 500<br>San Juan, PR 00917<br>Office 787.705.2171<br>Direct 787.705.2174<br>Fax 787.936.7494<br>Email mpietrantoni@mpmlawpr.com<br>www.mpmlawpr.com |

|  | *S/ Manuel A. Pietrantoni*<br>Manuel A. Pietrantoni<br>USDC-PR No. 219805<br><br>*S/Valerie M. Blay Soler*<br>Valerie M. Blay Soler<br>USDC-PR No. 305511 |
|---|---|