## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JAY HARRIS, HARRIS HOSPICE

**Plaintiffs**

v.                                   **CIVIL NO.** 18-1320 (RAM)

TLS MANAGEMENT AND MARKETING
SERVICES LLC

**Defendants**

### JUDGMENT

In accordance with the Order entered today (Docket No. 69),

judgment is entered **DISMISSING** the complaint and counterclaim

with prejudice, each party to bear its own cost and attorneys'

fees.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of June 2020.

s/Raúl M. Arias-Marxuach
RAÚL M. ARIAS-MARXUACH
UNITED STATES DISTRICT JUDGE